**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

JUDAH M. BURSTYN, Case No. 19-12052-AJC
Chapter 7

Debtor.
_______________________________/

MARCIA T. DUNN, not individually but as Chapter 7 Trustee of the estate of the Debtor, Adv. Case No. 21-01052-AJC

Plaintiff,
v.

YUDAMAS OLIVARES, an individual; PRIME REALTY INVESTORS CORP., a dissolved Florida corporation; MALIBU PROPERTIES MANAGEMENT LLC, a dissolved Florida limited liablity company; PRIME REALTY INVESTORS LLC, a dissolved Florida limited liability company; 15330 NE 10, LLC, a dissolved Florida limited liability company; JUDAH M. BURSTYN, an individual; DAVID A. BURSTYN, an individual; and BRADLEY KEITH BURSTYN, an individual,

Defendants.
_______________________________/

**NOTICE OF LIS PENDENS**

TO: YUDAMAS OLIVARES and to all others to whom it may concern:

YOU ARE HEREBY NOTIFIED of the institution of this action by the above-named Plaintiff against you seeking to avoid and recover the fraudulent transfer of real property pursuant to the above-styled adversary proceeding filed against, *inter alia*, you with the U.S. Bankruptcy Court, Southern District of Florida, Miami Division, on February 15, 2021, pending under Adv.

Case No. 2021-01052-AJC, as to the following described real property in Miami-Dade County, Florida:

**Lot 52, Block, 6, Marbella Park, according to the Plat thereof, as recorded in Plat Book 135, at Page 8, of the Public Records of Miami-Dade County, Florida.**

**Street Address: 8212 N.W. 201 Street, Miami, FL 33015-5936**

**Folio No.: 30-2003-017-1560**

Dated this 15th day of February, 2021.

**DUNN LAW, P.A.**
*Attorneys for Plaintiff, Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
Email: michael.dunn@dunnlawpa.com
jerrod.maddox@dunnlawpa.com

By: */s/ Jerrod M. Maddox*
Michael P. Dunn, Esq.
Florida Bar No. 100705
Jerrod M. Maddox, Esq.
Florida Bar No. 117820