**ORDERED in the Southern District of Florida on August 27, 2021.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

JUDAH M. BURSTYN, Case No. 19-12052-AJC
Chapter 7

Debtor.
_______________________________________/

MARCIA T. DUNN, not individually but as
Chapter 7 Trustee of the estate of the Debtor, Adv. Case No. 21-01052-AJC

Plaintiff,
v.

YUDAMAS OLIVARES, an individual;
et al.,

Defendants.
_______________________________________/

**ORDER GRANTING PLAINTIFF'S *EX-PARTE* MOTION FOR ENTRY OF AN ORDER DISMISSING ADVERSARY COMPLAINT SOLELY AS TO <u>DEFENDANTS BRADLEY KEITH BURSTYN AND DAVID A. BURSTYN [D.E. 118]</u>**

THIS CASE came before the Court upon the Plaintiff's *Ex-Parte* Motion for Entry of an Order Dismissing Adversary Complaint as to Defendants Bradley Keith Burstyn and David A. Burstyn (the "Motion") [D.E. 118], and the Court having reviewed the Motion and file, and for good cause, does hereby

ORDER as follows:

1. The Motion is **GRANTED**.

2. The Adversary Complaint in the instant adversary proceeding is DISIMSSED solely as to Defendants Bradley Keith Burstyn and David A. Burstyn, with prejudice.

# # #

Submitted by:

Jerrod M. Maddox, Esq.
Florida Bar No. 117820
**DUNN LAW, P.A.**
*Counsel for Chapter 7 Trustee, Marcia T. Dunn*
66 West Flagler Street
Suite 400
Miami, Florida 33130
Tel: (786) 433-3866 // Fax: (786) 260-0269
jerrod.maddox@dunnlawpa.com

*Attorney Maddox is directed to serve a conformed copy of this Order upon all interested parties, and to file proof of such service within three (3) business days from entry of the Order.*