**ORDERED in the Southern District of Florida on November 14, 2024.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

JUDAH M. BURSTYN,

Debtor.
______________________________________/

Case No. 19-12052-CLC
Chapter 7

MARCIA T. DUNN, not individually but as Chapter 7 Trustee of the estate of the Debtor,

Plaintiff,

v.

Adv. Case No.: 21-01052-CLC

YUDAMAS OLIVARES, *et al,*

Defendants.
______________________________________/

**ORDER OF DISMISSAL**

Based on the Trustee's Notice of Intent to Abandon Adv. Case No. 20-01052-CLC, Dunn v. Yudamas Olivares, *et al*, filed in the main case on April 16, 2024 [Main Case No. 19-12052-CLC, D.E. 368], it is -

**ORDERED** that this adversary proceeding is dismissed, with all parties to bear its own fees and costs in connection therewith.

# # #

**Submitted by**:
Michael P. Dunn, Esq.
Florida Bar No. 100705
**DUNN LAW, P.A.**
*Counsel for Plaintiff, Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
michael.dunn@dunnlawpa.com

Copy furnished to Attorney Blansky, who shall serve a copy of the Order upon all interested parties and file a certificate of service thereon.